UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

INTERPLASTIC CORP.,                             CIVIL NO. 09-587 (JNE/JSM)

    Plaintiff,

v.                                                                ORDER

HUDSON SOLID SURFACES
INTERNATIONAL, L.L.C.,

    Defendant.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated October 26, 2009. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, it is HEREBY ORDERED that:

    1.     Plaintiff's Motion to Compel Arbitration of Counterclaim and for Attorney Fees [Docket No. 10] is **DENIED** as moot.

    2.     Defendant's Motion to Stay Proceedings Pending Arbitration [Docket No. 24] is **GRANTED**.

Date: November 17, 2009

                                               s/ Joan N. Ericksen
                                               JOAN N. ERICKSEN
                                               United States District Court Judge